**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 14-cv-00336-LTB-MJW

ANGEL SALATHE,

    Plaintiff,

v.

DELTA OUTSOURCE GROUP, INC., a Missouri corporation,

    Defendant.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal With Prejudice (Doc 5 - filed March 18, 2014), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED: March 19, 2014